2024-1436

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NUTRICIA NORTH AMERICA, INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

# APPELLANT'S CONSENT MOTION FOR LEAVE TO FILE AN AMENDED OPENING BRIEF

Appellant Nutricia North America, Inc. respectfully requests leave to file an Amended Opening Brief. Counsel for Appellee has consented to this motion

Appellant filed its opening brief on April 30, 2024, in accordance with the court-ordered schedule. Earlier this month, counsel for the government reached out to counsel for Appellant to raise concerns with two sentences in the original brief (specifically, the sentence crossing from page 46-47, and the sentence in footnote 20 on page 70) and request that Appellant revise those lines. After considering the reasoning and materials provided by the government and reviewing the issues internally, Appellant has agreed to amend those lines to resolve the concerns raised.

1

Accordingly, Appellant respectfully requests that this Court grant this motion for leave to file the attached Amended Opening Brief.

June 28, 2024

/s/ John Brew
John Brew
  Counsel of Record
Amanda Shafer Berman
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595
Tel: (202) 624-2500
Fax: (202) 628-5116
jbrew@crowell.com

*Attorney for Appellant Nutricia North America, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ John Brew
John Brew

# **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2), because the motion contains 129 words, excluding the parts exempted by Fed. R. App. P. 32(f) and Federal Circuit Rule 32(b)(2).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6). The motion has been prepared using Microsoft Word in Times New Roman, a proportionally spaced typeface, in 14-point size font.

In preparing this certificate of compliance, I have relied upon the word count function of Microsoft Word.

Dated: June 28, 2024 /s/ John Brew
John Brew

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2024-1436
**Short Case Caption** Nutricia North America, Inc. v. US
**Filing Party/Entity** Nutricia North America, Inc.

> **Instructions:**
>
> 1. Complete each section of the form and select none or N/A if appropriate.
>
> 2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
>
> 3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
>
> 4. Please do not duplicate entries within Section 5.
>
> 5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 02/20/2024        Signature: /s/ John Brew

                        Name: John Brew

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Nutricia North America, Inc. |  | Danone North America PBC |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐   Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Alexander T. Rosen | Maria T. Vanikiotis | |
| Frances Pierson Hadfield | | |
| Hea Jin Koh | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below) ☑ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |