# United States Court of Appeals for the Federal Circuit

---

**NUTRICIA NORTH AMERICA, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-1436

---

Appeal from the United States Court of International Trade in No. 1:16-cv-00008-TCS, Senior Judge Timothy C. Stanceu.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED and REMANDED**

FOR THE COURT

November 17, 2025
Date

Jarrett B. Perlow
Clerk of Court