# United States Court of Appeals for the Federal Circuit

**NUTRICIA NORTH AMERICA, INC.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

2024-1436

Appeal from the United States Court of International Trade in No. 1:16-cv-00008-TCS, Senior Judge Timothy C. Stanceu.

**MANDATE**

In accordance with the judgment of this Court, entered November 17, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

January 9, 2026
Date

Jarrett B. Perlow
Clerk of Court